# EXHIBIT “2”

Electronically Issued
8/5/2021 3:12 PM

GERALD I. GILLOCK, ESQ.
Nevada Bar No. 51
MICHAEL H. COGGESHALL, ESQ.
Nevada Bar No. 14502
**GERALD I. GILLOCK & ASSOCIATES**
428 South Fourth Street
Las Vegas, NV 89101
Telephone: (702) 385-1482
Facsimile: (702) 385-2604
gillock@gmk-law.com

TIMOTHY R. O'REILLY, ESQ.
Nevada Bar No. 8866
**O'REILLY LAW GROUP, LLC**
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-2500
Facsimile: (702) 384-6266
E-Mail: efile@oreillylawgroup.com

SAMUEL MIREJOVSKY, ESQ.
Nevada Bar No. 13919
ASHLEY M. WATKINS, ESQ.
Nevada Bar No. 13981
**SAM & ASH, LLP**
1108 S. Casino Center
Las Vegas, Nevada 89104
Telephone: (702) 820-4000
Facsimile: (702) 820-4444
*Attorneys for Plaintiff*

GERALD I. GILLOCK & ASSOCIATES
428 South 4th Street
Las Vegas, Nevada 89101

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

MORGAN FREEMAN,

Plaintiff,

v.

ALBERTSON'S, LLC, d/b/a ALBERTSON'S a Foreign Limited-Liability Company; DOE MAINTENANCE EMPLOYEES I-V; DOE EMPLOYEES I-V; DOE JANITORIAL EMPLOYEES I-V; DOE OWNERS I-V; ROE OWNERS I-V; ROE EMPLOYER; and ROE COMPANIES, I-X, inclusive,

Defendant.

CASE NO.: A-21-839051-C

DEPT. NO.:

GERALD I. GILLOCK & ASSOCIATES
428 South 4th Street
Las Vegas, Nevada 89101

**SUMMONS - CIVIL**

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT:**

**ALBERTSON'S, LLC, d/b/a ALBERTSON'S**

A civil Complaint has been filed by the Plaintiff against you for relief set forth in the Complaint.

1. If you intend to defend this lawsuit, within 20 days after this Summons is served to you, exclusive of the day of service, you must do the following:

   (a) File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fees;

   (b) Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff, and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

...

...

...

...

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission member and legislators, each have 45 days after service of this Summons within which to file an answer or other responsive pleading to the Complaint.

DATED this 5th day of August, 2021.

| Issued at the Request of: | CLERK OF COURT: STEVEN D. GRIERSON |
|---|---|
| By: */s/ Michael H. Coggeshall*<br>GERALD I. GILLOCK, ESQ.<br>Nevada Bar No. 51<br>MICHAEL H. COGGESHALL, ESQ.<br>Nevada Bar No. 14502<br>GERALD I. GILLOCK & ASSOCIATES<br>428 South Fourth Street<br>Las Vegas, NV 89101<br><br>*Attorneys for Plaintiff* | By: 8/5/2021<br>DEPUTY CLERK DATE<br>Regional Justice Center<br>200 Lewis Avenue<br>Las Vegas, NV 89155<br><br>Demond Palmer |

GERALD I. GILLOCK & ASSOCIATES
428 South 4th Street
Las Vegas, Nevada 89101

Electronically Filed
8/5/2021 3:12 PM
Steven D. Grierson
CLERK OF THE COURT

CASE NO: A-21-839051-C
Department 20

GERALD I. GILLOCK, ESQ.
Nevada Bar No. 51
**GERALD I. GILLOCK & ASSOCIATES**
428 South 4th Street
Las Vegas, NV 89101
Telephone: (702) 385-1482
Facsimile: (702) 385-2604
E-mail: gillock@gmk-law.com
mcoggeshall@gmk-law.com

TIMOTHY R. O'REILLY, ESQ.
Nevada Bar No. 8866
**O'REILLY LAW GROUP, LLC**
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-2500
Facsimile: (702) 384-6266
E-Mail: efile@oreillylawgroup.com

SAMUEL MIREJOVSKY, ESQ.
Nevada Bar No. 13919
ASHLEY M. WATKINS, ESQ.
Nevada Bar No. 13981
**SAM & ASH, LLP**
1108 S. Casino Center
Las Vegas, Nevada 89104
Telephone: (702) 820-4000
Facsimile: (702) 820-4444
*Attorneys for Plaintiff*

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

MORGAN FREEMAN,

Plaintiff,

v.

ALBERTSON'S, LLC, d/b/a ALBERTSON'S a Foreign Limited-Liability Company; DOE MAINTENANCE EMPLOYEES I-V; DOE EMPLOYEES I-V; DOE JANITORIAL EMPLOYEES I-V; DOE OWNERS I-V; ROE OWNERS I-V; ROE EMPLOYER; and ROE COMPANIES, I-X, inclusive,

Defendants.

CASE NO.:
DEPT. NO.:

**COMPLAINT AND DEMAND FOR JURY TRIAL**

ARBITRATION EXEMPTION CLAIMED: CLAIMS IN EXCESS OF $50,000.00





GERALD I. GILLOCK & ASSOCIATES
428 South 4th Street
Las Vegas, Nevada 89101

GERALD I. GILLOCK & ASSOCIATES
428 South 4th Street
Las Vegas, Nevada 89101

COMES NOW, Plaintiff, MORGAN FREEMAN, by and through her attorneys of record, the law offices of GERALD I. GILLOCK & ASSOCIATES, O'REILLY LAW GROUP, LLC, and SAM & ASH, LLP and for her causes of action against the Defendants, and each of them, alleges as follows:

**I.**
**PARTIES**

1. That Plaintiff, MORGAN FREEMAN is, and was at all relevant times hereto, a resident of the State of Nevada, County of Clark.

2. Upon information and belief, at all times relevant to this action, Defendant ALBERTSON'S, LLC, d/b/a ALBERTSON'S, is a foreign Limited-Liability Company licensed to do business in the State of Nevada and was doing business in the County of Clark, State of Nevada.

3. Upon information and belief, that at all times relevant to this action, Defendants DOE OWNER, ROE OWNER, ROE EMPLOYER, and ROE COMPANY is a resident of Clark County, Nevada or an entity licensed to do business in the State of Nevada and was doing business in the County of Clark, State of Nevada.

4. Upon information and belief DOE EMPLOYEE, DOE MAINTENANCE EMPLOYEE, and DOE JANITORIAL EMPLOYEE was at all times relevant to this action a resident of Clark County, Nevada, and was acting within the course and scope of their employment for Defendant ALBERTSON'S and/or DOE OWNER and/or ROE OWNER and/or ROE EMPLOYER and/or ROE COMPANY.

5. Upon information and belief ALBERTSON'S and/or DOE OWNER and/or ROE OWNER is the owner of the property located at 1940 Village Center Circle, Las Vegas, NV 89134 and is a resident of Clark County, Nevada or an entity licensed to do business in the State of

Nevada. ALBERTSON'S operated the property located at 10140 W. Flamingo Road, Las Vegas, NV 89147.

6. Upon information and belief ROE EMPLOYER employs Defendants, and each of them, is a Nevada Corporation and/or a foreign corporation licensed to do business in Nevada and was directing the actions of DOE MAINTENANCE EMPLOYEE and/or DOE EMPLOYEE and/or DOE JANITORIAL EMPLOYEE at the time of the incident described herein.

7. That the true names and capacities, whether individual, corporate, associate, or otherwise of Defendants DOE MAINTENANCE EMPLOYEE, I-V; DOE EMPLOYEE, I-V; DOE JANITORIAL EMPLOYEE, I-V; DOE OWNER, I-V; ROE OWNER, I-V; ROE EMPLOYER; and ROE COMPANIES, I-X, inclusive, are unknown to Plaintiff who therefore sues those Defendants by such fictitious names. Plaintiff is informed and believes and thereon alleges that each of the Defendants designated herein as DOE and ROE are responsible in some manner for the events and happenings referred to and caused damages proximately to Plaintiff as herein alleged, and that Plaintiff will ask leave of this Court to amend this Complaint to insert the true names and capacities of DOES and ROES, when the same have been ascertained, and to join such Defendant(s) in this action.

8. At all relevant times, Defendants, and each of them, were the agents, ostensible agents, servants, employees, employers, partners, co-owners and/or joint venturers of each other and of their co-defendants, and were acting within the color, purpose and scope of their employment, agency, ownership and/or joint ventures and by reason of such relationships the Defendants, and each of them, are vicariously and jointly and severally responsible and liable for the acts and/or omissions of their co-Defendants.

///

GERALD I. GILLOCK & ASSOCIATES
428 South 4th Street
Las Vegas, Nevada 89101

**II.**
**JURISDICTION AND VENUE**

9. The Court has jurisdiction in this case because damages exceed $15,000, Defendants conduct business in Clark County, Nevada or are residents of Clark County, Nevada, and Defendants negligently injured Plaintiff in Clark County, Nevada.

10. Upon information and belief, the Court has jurisdiction over DOE and ROE Defendants because they engaged in business or acted in Nevada in a manner sufficient to establish personal jurisdiction

11. Venue is proper in this judicial district because the case arises from incidents occurring in this district

GERALD I. GILLOCK & ASSOCIATES
428 South 4th Street
Las Vegas, Nevada 89101

**III.**
**GENERAL ALLEGATIONS**

12. On September 2, 2019, Ms. Freeman was shopping at the Albertson's grocery store on Flamingo Road in Las Vegas, Nevada.

13. While shopping, Ms. Freeman was walking near a seafood freezer when, suddenly and without warning, she slipped and fell on a wet substance.

14. Ms. Freeman described the substance as extremely slippery, and smelling like fish.

15. Ms. Freeman, after slipping, was now covered in the substance, in pain, and on the ground.

16. The manager of the Albertson's, Michael Calamia, saw the fall and rushed to Ms. Freeman's assistance.

17. As a result of this fall, Ms. Freeman suffers from frequent and painful headaches, low back pain, left knee medial meniscus tear, left ankle pain and left foot pain.

18. Further, Ms. Freeman had to undergo a left knee arthroscopy and debridement of a

meniscal tear as well as left hindfoot arthroscopy for synovitis and inflammation in her subtalar joint.

19. That upon information and belief, Defendants, ALBERTSON'S and/or DOE MAINTENANCE EMPLOYEE and/or DOE EMPLOYEE and/or DOE JANITORIAL EMPLOYEE and/or DOE OWNER and/or ROE OWNER and/or ROE EMPLOYER and/or ROE COMPANY and each of them, were the owners, operators or lessees of the property located at 10140 W. Flamingo Road, Las Vegas, NV 89147 (the "Premises") and occupied, operated, maintained or controlled the Premises where it/they actively operated a grocery store.

20. The Defendants owed Ms. Freeman a duty to keep the premises reasonably safe for its intended use as a grocery store to be visited by members of the public.

21. Defendants' conduct was negligent for failing to review, supervise, or implement other quality control assurance programs, failing to replace the flooring or provide a non-slip surface and/or slip resistant surface and/or mats in this area, for failing to maintain its refrigeration units, and likewise was negligent in hiring, training and/or supervising the staff who failed to appropriately maintain the refrigeration unit itself, or the area at or near the refrigeration unit where Ms. Freeman was injured and provide a safe environment in order to avoid causing injury to Ms. Freeman.

22. That Defendants, and each of them, so carelessly and negligently created, owned, controlled, inspected, repaired, serviced, and maintained the refrigeration unit itself and the area at or near the refrigeration unit where Ms. Freeman slipped and/or slid and fell in an improper, negligent and dangerous condition so as to cause Ms. Freeman to fall and sustain injuries and failed to adequately warn Ms. Freeman, and as a proximate result thereof, Ms. Freeman was seriously injured.

GERALD I. GILLOCK & ASSOCIATES
428 South 4th Street
Las Vegas, Nevada 89101

GERALD I. GILLOCK & ASSOCIATES
428 South 4th Street
Las Vegas, Nevada 89101

**FIRST CAUSE OF ACTION**
**NEGLIGENCE**

23. Ms. Freeman repeats and realleges all previous paragraphs of this Complaint and incorporates the same as though fully set forth herein.

24. Defendants owed Ms. Freeman a duty of reasonable care in creating, controlling, inspecting, servicing, repairing, and maintaining the floors and coolers in the area where Ms. Freeman slipped in a safe condition and to warn the general public, including Ms. Freeman, of a dangerous condition that existed.

25. Defendants breached the duties they owed to Ms. Freeman by failing to install non-slip or slip-resistant flooring near the area where Ms. Freeman fell.

26. Defendants further breached the duties they owed to Ms. Freeman by negligently owning, controlling, inspecting, repairing, servicing, and maintaining the floors and refrigeration units near where Ms. Freeman slipped and fell.

27. Defendants further breached the duties they owed to Ms. Freeman by negligently failing to warn Ms. Freeman, a foreseeable user of its facilities, of the dangerous condition that existed at the time of the fall.

28. Each of Defendants' breaches was an actual and proximate cause of Ms. Freeman's injuries.

29. Upon information and belief, the incident as described herein was foreseeable to Defendants, and each of them, as Defendants were on notice of a prior incident or incidents involving falls near refrigeration units and in areas where liquid or debris was on the floor and this same or similar flooring was used where Ms. Freeman fell and Defendants knew that the condition of the flooring was such that it was not slip-resistant, was covered in a slippery substance, and

could cause falls if liquids or spills were to occur.

30. That as a direct and proximate result of Defendants' negligence, Ms. Freeman incurred past and future general and special damages in excess of $15,000.

31. As a further result of Defendants' negligence, Ms. Freeman has had to retain the services of attorneys in this matter, and therefore seeks reimbursement of attorneys' fees and costs.

**SECOND CAUSE OF ACTION**
**CORPORATE NEGLIGENCE/VICARIOUS LIABILITY**

32. Ms. Freeman repeats and realleges all previous paragraphs in this Complaint and incorporates the same as though fully set forth herein.

33. ALBERTSON'S and ROE Defendants, had and have a non-delegable duty and are directly and vicariously liable for damages resulting from the negligence of their employees and agents when their negligence occurred during the scope of their employment or agency.

34. By and through its employees and agents, Albertson's and ROE Defendants breached their duty of care as described above.

35. As described above, Albertson's employees or agents breached their duties owed to Ms. Freeman by failing to maintain a non-slip or slip-resistant floor, by failing to maintain the refrigeration unit near where Ms. Freeman fell, and by failing to warn Ms. Freeman of the danger created by the puddle in which Ms. Freeman slipped.

36. These breaches by Albertson's employees and agents occurred during the course and scope of their employment and agency.

37. As direct and proximate result of Defendants' negligence, Ms. Freeman incurred past and future general and special damages in excess of $15,000.

///

GERALD I. GILLOCK & ASSOCIATES
428 South 4th Street
Las Vegas, Nevada 89101

38. As a further result of Defendants' negligence, Ms. Freeman has had to retain the services of attorneys in this matter, and therefore seeks reimbursement of attorneys' fees and costs.

**THIRD CAUSE OF ACTION**
**NEGLIGENT HIRING, TRAINING, AND SUPERVISION**

39. Plaintiff repeats and realleges all previous paragraphs in this Complaint and incorporates the same as though fully set forth herein.

40. Albertson's owed a duty of reasonable care to Ms. Freeman to hire, train, and supervise its employees in a manner that would prevent unnecessary harm befalling Albertson's patrons like Ms. Freeman.

41. Albertson's breached its duty to Ms. Freeman by negligently hiring, training, and supervising its employees.

42. Albertson's hired employees to operate its store.

43. Upon information and belief, Albertson's employees were incompetent, inexperienced, and/or reckless in the operation of the store.

44. Albertson's knew, or by the exercise of reasonable care should have known, that its employees were incompetent, inexperienced, or reckless in the operation of the store.

45. Upon information and belief, Albertson's was negligent in its supervision of its employees.

46. Ms. Freeman was injured as a proximate consequence of the negligence and incompetence of Albertson's employees, resulting from the negligent hiring, supervision, and/or training by Albertson's.

47. As a direct and proximate cause of the negligent hiring, supervision, and/or training by Albertson's, Ms. Freeman has sustained past and future general and special damages in excess of

GERALD I. GILLOCK & ASSOCIATES
428 South 4th Street
Las Vegas, Nevada 89101

GERALD I. GILLOCK & ASSOCIATES
428 South 4th Street
Las Vegas, Nevada 89101

$15,000.

48. As a further result of Albertson's negligence, Ms. Freeman has had to retain attorneys in this matter and therefore seeks reimbursement of attorneys' fees and costs.

**REQUEST FOR RELIEF**

Ms. Freeman requests the following relief from Defendants:

1. For general damages in excess of $15,000;

2. For special damages in excess of $15,000;

3. For Ms. Freeman's costs and disbursements of this suit;

4. For reasonable attorneys' fees incurred herein, and

5. For such and further relief as this Court may deem just and equitable in the premises.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a jury trial on all issues so triable and does not waive that right.

DATED this 5th day of August, 2021.

**GERALD I. GILLOCK & ASSOCIATES**

By: *\/s/ Michael H. Coggeshall*

GERALD I. GILLOCK, ESQ.
Nevada Bar No. 51
MICHAEL H. COGGESHALL, ESQ.
Nevada Bar No. 14502
428 South 4th Street
Las Vegas, NV 89101

*Attorneys for Plaintiff*

Electronically Filed
8/24/2021 11:52 AM
Steven D. Grierson
CLERK OF THE COURT

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

ANS

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
**JUSTIN PASQUALE, ESQ.**
Nevada Bar No. 15079
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*j.orr@bsnv.law*
*j.pasquale@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSON'S, LLC d/b/a ALBERTSON'S*

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| MORGAN FREEMAN,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC, d/b/a ALBERTSON'S a Foreign Limited-Liability Company; DOE MAINTENANCE EMPLOYEES I-V; DOE EMPLOYEES I-V; DOE JANITORIAL EMPLOYEES I-V; DOE OWNERS I-V; ROE OWNERS I-V; ROE EMPLOYER; and ROE COMPANIES, I-X, inclusive,<br><br>Defendants. | CASE NO.: A-21-839051-C<br>DEPT. NO.: 20 |

**DEFENDANT, ALBERTSON'S, LLC d/b/a ALBERTSON'S ANSWER TO PLAINTIFF'S COMPLAINT**

COMES NOW, Defendant, ALBERTSON'S, LLC d/b/a ALBERTSON'S, by and through its undersigned attorney, LEW BRANDON, JR., ESQ., JEFFREY J. ORR, ESQ., and

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

JUSTIN PASQUALE, ESQ., of BRANDON | SMERBER LAW FIRM, and hereby answers the Plaintiff's Complaint on file herein as follows:

1. Answering Paragraphs 1, 3, 4, 5, 6, 7, 8, 10, 12, 13, 14, 15, 16, 19, 20 and 21 of Plaintiff's Complaint on file herein, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the said allegations and therefore denies same.

2. Answering Paragraph 2 of Plaintiff's Complaint on file herein, Defendant admits the allegations contained therein.

3. Answering Paragraphs 9, 11, 17 and 18 of Plaintiff's Complaint on file herein, Defendant denies each and every allegation contained therein. Answering Paragraph 22 of Plaintiff's Complaint on file herein, "That Defendants, and each of them, so carelessly and negligently created, owned, controlled, inspected, repaired, serviced, and maintained the refrigeration unit itself and the area at or near the refrigeration unit where Ms. Freeman slipped and/or slid and fell in an improper, negligent and dangerous condition so as to cause Ms. Freeman to fall and sustain injuries", Defendant denies the allegations contained therein. As to "and failed to adequately warn Ms. Freeman", Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the said allegations and therefore denies same. As to "and as a proximate result thereof, Ms. Freeman was seriously injured", Defendant denies the allegations contained therein.

**FIRST CAUSE OF ACTION**
**NEGLIGENCE**

4. Answering Paragraph 23 of Plaintiff's Complaint on file herein, Defendant repeats and realleges each and every allegation contained in Paragraphs 1 through 22 as though fully set forth herein.

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

5. Answering Paragraphs 24 and 27 of Plaintiff's Complaint on file herein, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the said allegations and therefore denies same.

6. Answering Paragraphs 25, 26, 28, 29, 30 and 31 of Plaintiff's Complaint on file herein, Defendant denies the allegations contained therein.

**SECOND CAUSE OF ACTION**
**CORPORATE NEGLIGENCE/VICARIOUS LIABILITY**

7. Answering Paragraph 32 of Plaintiff's Complaint on file herein, Defendant repeats and realleges each and every allegation contained in Paragraphs 1 through 31 as though fully set forth herein.

8. Answering Paragraphs 33, 34, 35 and 36 of Plaintiff's Complaint on file herein, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the said allegations and therefore denies same.

9. Answering Paragraphs 37 and 38 of Plaintiff's Complaint on file herein, Defendant denies the allegations contained therein.

**THIRD CAUSE OF ACTION**
**NEGLIGENT HIRING, TRAINING, AND SUPERVISION**

10. Answering Paragraph 39 of Plaintiff's Complaint on file herein, Defendant repeats and realleges each and every allegation contained in Paragraphs 1 through 38 as though fully set forth herein.

11. Answering Paragraphs 40 and 42 of Plaintiff's Complaint on file herein, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the said allegations and therefore denies same.

12. Answering Paragraphs 41, 43, 44, 45, 46, 47 and 48 of Plaintiff's Complaint on file herein, Defendant denies the allegations contained therein.

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's Complaint fails to state a claim against Defendant upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

Defendant alleges that at the time and place alleged in Plaintiff's Complaint, Plaintiff did not exercise ordinary care, caution or prudence for the protection of herself and any damages complained of by the Plaintiff in her Complaint, were directly or proximately caused or contributed to by the fault, failure to act, carelessness and negligence of Plaintiff.

**THIRD AFFIRMATIVE DEFENSE**

Defendant alleges that the Plaintiff assumed whatever risk or hazard existed at the time of this incident, if any there were, and was therefore responsible for the alleged damage suffered and further that the Plaintiff was guilty of negligence of her own act which caused or contributed to by the fault, failure to act, carelessness or negligence of Plaintiff.

**FOURTH AFFIRMATIVE DEFENSE**

All the risks and dangers involved in the factual situation described in Plaintiff's Complaint, if any there were, were open, obvious and known to the Plaintiff and by reason thereof, Plaintiff assumed the risks and dangers inherent thereto.

**FIFTH AFFIRMATIVE DEFENSE**

Defendant alleges that the negligence of the Plaintiff exceeded that of the Defendant, and that the Plaintiff is thereby barred from recovery.

**SIXTH AFFIRMATIVE DEFENSE**

Pursuant to NRCP 11, as amended: All possible affirmative defenses may not have been alleged herein insofar as sufficient facts were not available after reasonable inquiry upon the filing

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

of Defendant's Answer, and therefore, Defendant reserves the right to amend this Answer to allege additional affirmative defenses if subsequent investigation warrants.

**SEVENTH AFFIRMATIVE DEFENSE**

The damages sustained by Plaintiff, if any, were caused by the acts of third persons who were not agents, servants or employees of this answering Defendant and who were not acting on behalf of this answering Defendant in any manner or form and as such, this Defendant is not liable in any matter to the Plaintiff.

**EIGHTH AFFIRMATIVE DEFENSE**

Defendant at all times relevant to the allegations contained in Plaintiff's Complaint, acted with due care and circumspection in the performance of any and all duties imposed on it.

**NINTH AFFIRMATIVE DEFENSE**

That it has been necessary of the Defendant to employ the services of an attorney to defend the action and a reasonable sum should be allowed Defendant for attorney's fees, together with costs of suit incurred herein.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiff has failed to mitigate her alleged damages, and, to the extent of such failure to mitigate any damages awarded to Plaintiff, should be reduced accordingly.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred by applicable statutes of limitations.

**TWELFTH AFFIRMATIVE DEFENSE**

Defendant objects as to authentication, foundation and genuineness of all of Plaintiff's medical providers and documents listed or presented by Plaintiff.

WHEREFORE, Defendant, ALBERTSON'S, LLC d/b/a ALBERTSON'S, prays as follows:

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

1. That Plaintiff take nothing by way of her Complaint on file herein;

2. For reasonable attorney's fees and costs of suit incurred herein; and

3. For such other and further relief as the Court may deem just and proper in the premises.

DATED this 24th day of August, 2021.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
**JUSTIN PASQUALE, ESQ.**
Nevada Bar No. 15079
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSON'S, LLC d/b/a ALBERTSON'S*

///

///

///

///

///

///

///

///

///

///

///

///

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b), I certify that on August 24, 2021, I served a copy of the foregoing **DEFENDANT, ALBERTSON'S, LLC d/b/a ALBERTSON'S ANSWER TO PLAINTIFF'S COMPLAINT** through the Court's ECF electronic filing system, upon the following:

**GERALD I. GILLOCK, ESQ.**
Nevada Bar No. 51
**GERALD I. GILLOCK & ASSOCIATES**
428 South 4th Street
Las Vegas, Nevada 89101
702-385-1482
Facsimile – 702-385-2604
*gillock@gmk-law.com*
*mcoggeshall@gmk-law.com*

**TIMOTHY R. O'REILLY, ESQ.**
Nevada Bar No. 8866
**O'REILLY LAW GROUP, LLC**
325 S. Maryland Parkway
Las Vegas, Nevada 89101
702-382-2500
Facsimile – 702-384-6266
*efile@oreillylawgroup.com*

**SAMUEL MIREJOVSKY, ESQ.**
Nevada Bar No. 13919
**ASHLEY M. WATKINS, ESQ.**
Nevada Bar No. 13981
**SAM & ASH, LLP**
1108 S. Casino Center
Las Vegas, Nevada 89104
702-820-4000
Facsimile – 702-820-4444
*Attorneys for Plaintiff,*
*MORGAN FREEMAN*

*/s/ Bonita Alexander*
An Employee of Brandon | Smerber Law Firm

Electronically Filed
8/24/2021 11:52 AM
Steven D. Grierson
CLERK OF THE COURT

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

IAFD

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
**JUSTIN PASQUALE, ESQ.**
Nevada Bar No. 15079
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*j.orr@bsnv.law*
*j.pasquale@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSON'S, LLC d/b/a ALBERTSON'S*

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| MORGAN FREEMAN,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC, d/b/a ALBERTSON'S a Foreign Limited-Liability Company; DOE MAINTENANCE EMPLOYEES I-V; DOE EMPLOYEES I-V; DOE JANITORIAL EMPLOYEES I-V; DOE OWNERS I-V; ROE OWNERS I-V; ROE EMPLOYER; and ROE COMPANIES, I-X, inclusive,<br><br>Defendants. | CASE NO.: A-21-839051-C<br>DEPT. NO.: 20 |

**INITIAL APPEARANCE FEE DISCLOSURE**
**(NRS CHAPTER 19)**

Pursuant to NRS Chapter 19, as amended by Senate Bill 106, filing fees are submitted for parties appearing in the above-entitled action as indicated below:

1. ALBERTSON'S, LLC d/b/a ALBERTSON'S, Defendant………….. $223.00

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**TOTAL REMITTED............................................................** **$223.00**

DATED this 24th day of August, 2021.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
**JUSTIN PASQUALE, ESQ.**
Nevada Bar No. 15079
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSON'S, LLC d/b/a ALBERTSON'S*

///

///

///

///

///

///

///

///

///

///

///

///

///

///

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b), I certify that on August 24, 2021, I served a copy of the foregoing **INITIAL APPEARANCE FEE DISCLOSURE** through the Court's ECF electronic filing system, upon the following:

**GERALD I. GILLOCK, ESQ.**
Nevada Bar No. 51
**GERALD I. GILLOCK & ASSOCIATES**
428 South 4th Street
Las Vegas, Nevada 89101
702-385-1482
Facsimile – 702-385-2604
*gillock@gmk-law.com*
*mcoggeshall@gmk-law.com*

**TIMOTHY R. O'REILLY, ESQ.**
Nevada Bar No. 8866
**O'REILLY LAW GROUP, LLC**
325 S. Maryland Parkway
Las Vegas, Nevada 89101
702-382-2500
Facsimile – 702-384-6266
*efile@oreillylawgroup.com*

**SAMUEL MIREJOVSKY, ESQ.**
Nevada Bar No. 13919
**ASHLEY M. WATKINS, ESQ.**
Nevada Bar No. 13981
**SAM & ASH, LLP**
1108 S. Casino Center
Las Vegas, Nevada 89104
702-820-4000
Facsimile – 702-820-4444
*Attorneys for Plaintiff,*
*MORGAN FREEMAN*

*/s/ Bonita Alexander*
An Employee of Brandon | Smerber Law Firm

Electronically Filed
8/24/2021 11:52 AM
Steven D. Grierson
CLERK OF THE COURT

**DMJT**
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
**JUSTIN PASQUALE, ESQ.**
Nevada Bar No. 15079
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*j.orr@bsnv.law*
*j.pasquale@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSON'S, LLC d/b/a ALBERTSON'S*

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| MORGAN FREEMAN,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC, d/b/a ALBERTSON'S a Foreign Limited-Liability Company; DOE MAINTENANCE EMPLOYEES I-V; DOE EMPLOYEES I-V; DOE JANITORIAL EMPLOYEES I-V; DOE OWNERS I-V; ROE OWNERS I-V; ROE EMPLOYER; and ROE COMPANIES, I-X, inclusive,<br><br>Defendants. | CASE NO.: A-21-839051-C<br>DEPT. NO.: 20 |

**DEMAND FOR JURY TRIAL**

COMES NOW, Defendant, ALBERTSON'S, LLC d/b/a ALBERTSON'S, by and through its attorney of record, LEW BRANDON, JR., ESQ., JEFFREY J. ORR, ESQ., and JUSTIN PASQUALE, ESQ., of BRANDON | SMERBER LAW FIRM, and hereby demands a

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

Jury Trial in the above-entitled action.

DATED this 24th day of August, 2021.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
**JUSTIN PASQUALE, ESQ.**
Nevada Bar No. 15079
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSON'S, LLC d/b/a ALBERTSON'S*

///

///

///

///

///

///

///

///

///

///

///

///

///

///

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b), I certify that on August 24, 2021, I served a copy of the foregoing **DEMAND FOR JURY TRIAL** through the Court's ECF electronic filing system, upon the following:

**GERALD I. GILLOCK, ESQ.**
Nevada Bar No. 51
**GERALD I. GILLOCK & ASSOCIATES**
428 South 4th Street
Las Vegas, Nevada 89101
702-385-1482
Facsimile – 702-385-2604
*gillock@gmk-law.com*
*mcoggeshall@gmk-law.com*

**TIMOTHY R. O'REILLY, ESQ.**
Nevada Bar No. 8866
**O'REILLY LAW GROUP, LLC**
325 S. Maryland Parkway
Las Vegas, Nevada 89101
702-382-2500
Facsimile – 702-384-6266
*efile@oreillylawgroup.com*

**SAMUEL MIREJOVSKY, ESQ.**
Nevada Bar No. 13919
**ASHLEY M. WATKINS, ESQ.**
Nevada Bar No. 13981
**SAM & ASH, LLP**
1108 S. Casino Center
Las Vegas, Nevada 89104
702-820-4000
Facsimile – 702-820-4444
*Attorneys for Plaintiff,*
*MORGAN FREEMAN*

*/s/ Bonita Alexander*
An Employee of Brandon | Smerber Law Firm

Electronically Filed
8/24/2021 11:52 AM
Steven D. Grierson
CLERK OF THE COURT

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

CSRE

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
**JUSTIN PASQUALE, ESQ.**
Nevada Bar No. 15079
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*j.orr@bsnv.law*
*j.pasquale@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSON'S, LLC d/b/a ALBERTSON'S*

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| MORGAN FREEMAN,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC, d/b/a ALBERTSON'S a Foreign Limited-Liability Company; DOE MAINTENANCE EMPLOYEES I-V; DOE EMPLOYEES I-V; DOE JANITORIAL EMPLOYEES I-V; DOE OWNERS I-V; ROE OWNERS I-V; ROE EMPLOYER; and ROE COMPANIES, I-X, inclusive,<br><br>Defendants. | CASE NO.: A-21-839051-C<br>DEPT. NO.: 20 |

**CONSENT TO SERVICE BY ELECTRONIC MEANS THROUGH E-FILING PROGRAM**

The undersigned parties hereby consent to service of documents by electronic means through the Court's e-filing program on behalf of the following parties: ALBERTSON'S, LLC d/b/a ALBERTSON'S.

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

Documents served by electronic means must be transmitted to the following persons at the e-mail addresses listed: l.brandon@bsnv.law; j.orr@bsnv.law; and j.pasquale@bsnv.law.

It is my understanding that the attachments may be transmitted to the program in any format and will be converted to a PDF file before service is effected.

The undersigned also acknowledges that this Consent does not require service by electronic means unless the serving party elects to do so.

DATED this 24th day of August, 2021.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
**JUSTIN PASQUALE, ESQ.**
Nevada Bar No. 15079
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSON'S, LLC d/b/a ALBERTSON'S*

///

///

///

///

///

///

///

///

///

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b), I certify that on August 24, 2021, I served a copy of the foregoing **CONSENT TO SERVICE BY ELECTRONIC MEANS THROUGH E-FILING PROGRAM** through the Court's ECF electronic filing system, upon the following:

**GERALD I. GILLOCK, ESQ.**
Nevada Bar No. 51
**GERALD I. GILLOCK & ASSOCIATES**
428 South 4th Street
Las Vegas, Nevada 89101
702-385-1482
Facsimile – 702-385-2604
gillock@gmk-law.com
mcoggeshall@gmk-law.com

**TIMOTHY R. O'REILLY, ESQ.**
Nevada Bar No. 8866
**O'REILLY LAW GROUP, LLC**
325 S. Maryland Parkway
Las Vegas, Nevada 89101
702-382-2500
Facsimile – 702-384-6266
efile@oreillylawgroup.com

**SAMUEL MIREJOVSKY, ESQ.**
Nevada Bar No. 13919
**ASHLEY M. WATKINS, ESQ.**
Nevada Bar No. 13981
**SAM & ASH, LLP**
1108 S. Casino Center
Las Vegas, Nevada 89104
702-820-4000
Facsimile – 702-820-4444
*Attorneys for Plaintiff,*
*MORGAN FREEMAN*

*/s/ Bonita Alexander*
An Employee of Brandon | Smerber Law Firm

Electronically Filed
8/24/2021 11:52 AM
Steven D. Grierson
CLERK OF THE COURT

DSST
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
**JUSTIN PASQUALE, ESQ.**
Nevada Bar No. 15079
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*j.orr@bsnv.law*
*j.pasquale@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSON'S, LLC d/b/a ALBERTSON'S*

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| MORGAN FREEMAN,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC, d/b/a ALBERTSON'S a Foreign Limited-Liability Company; DOE MAINTENANCE EMPLOYEES I-V; DOE EMPLOYEES I-V; DOE JANITORIAL EMPLOYEES I-V; DOE OWNERS I-V; ROE OWNERS I-V; ROE EMPLOYER; and ROE COMPANIES, I-X, inclusive,<br><br>Defendants. | CASE NO.: A-21-839051-C<br>DEPT. NO.: 20 |

**DISCLOSURE STATEMENT PURSUANT TO NRCP 7.1**

The undersigned counsel of record for Defendant, ALBERTSON'S, LLC., A DELAWARE LIMITED LIABILITY COMPANY hereby certifies that to their knowledge,

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

ALBERTSON'S, LLC.'s parent company is Albertson's Holding, LLC., a Delaware limited liability company, and is not publicly traded.

There are no other known interested parties other than those identified.

DATED this 24th day of August, 2021.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
**JUSTIN PASQUALE, ESQ.**
Nevada Bar No. 15079
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSON'S, LLC d/b/a ALBERTSON'S*

///

///

///

///

///

///

///

///

///

///

///

///

///

///

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b), I certify that on August 24, 2021, I served a copy of the foregoing **DISCLOSURE STATEMENT PURSUANT TO NRCP 7.1** through the Court's ECF electronic filing system, upon the following:

**GERALD I. GILLOCK, ESQ.**
Nevada Bar No. 51
**GERALD I. GILLOCK & ASSOCIATES**
428 South 4th Street
Las Vegas, Nevada 89101
702-385-1482
Facsimile – 702-385-2604
gillock@gmk-law.com
mcoggeshall@gmk-law.com

**TIMOTHY R. O'REILLY, ESQ.**
Nevada Bar No. 8866
**O'REILLY LAW GROUP, LLC**
325 S. Maryland Parkway
Las Vegas, Nevada 89101
702-382-2500
Facsimile – 702-384-6266
efile@oreillylawgroup.com

**SAMUEL MIREJOVSKY, ESQ.**
Nevada Bar No. 13919
**ASHLEY M. WATKINS, ESQ.**
Nevada Bar No. 13981
**SAM & ASH, LLP**
1108 S. Casino Center
Las Vegas, Nevada 89104
702-820-4000
Facsimile – 702-820-4444
*Attorneys for Plaintiff,*
*MORGAN FREEMAN*

*/s/ Bonita Alexander*
An Employee of Brandon | Smerber Law Firm

Electronically Filed
8/24/2021 11:52 AM
Steven D. Grierson
CLERK OF THE COURT

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**REQT**

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
**JUSTIN PASQUALE, ESQ.**
Nevada Bar No. 15079
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*j.orr@bsnv.law*
*j.pasquale@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSON'S, LLC d/b/a ALBERTSON'S*

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

MORGAN FREEMAN,

Plaintiff,

vs.

ALBERTSON'S LLC, d/b/a ALBERTSON'S a Foreign Limited-Liability Company; DOE MAINTENANCE EMPLOYEES I-V; DOE EMPLOYEES I-V; DOE JANITORIAL EMPLOYEES I-V; DOE OWNERS I-V; ROE OWNERS I-V; ROE EMPLOYER; and ROE COMPANIES, I-X, inclusive,

Defendants.

CASE NO.: A-21-839051-C
DEPT. NO.: 20

**NRCP 16.1(A)(1)(C) REQUEST FOR COMPUTATION OF DAMAGES AND DISCLOSURE OF SUPPORTING DOCUMENTS AND NRCP 16.1(a)(1)(A)(iii) REQUEST FOR MEDICAL PROVIDER IDENTITY**

Pursuant to NRCP 16.1(a)(1)(C), Defendant, ALBERTSON'S, LLC d/b/a ALBERTSON'S, hereby requests that Plaintiff, MORGAN FREEMAN, provide, within 30 days of this Request, a computation of any and all categories of damages claimed by Plaintiff, including

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

making available for inspection and copying as under Rule 34 the documents or other evidentiary matter, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

DATED this 24th day of August, 2021.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
**JUSTIN PASQUALE, ESQ.**
Nevada Bar No. 15079
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSON'S, LLC d/b/a ALBERTSON'S*

///

///

///

///

///

///

///

///

///

///

///

///

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b), I certify that on August 24, 2021, I served a copy of the foregoing **NRCP 16.1(A)(1)(C) REQUEST FOR COMPUTATION OF DAMAGES AND DISCLOSURE OF SUPPORTING DOCUMENTS AND NRCP 16.1(a)(1)(A)(iii) REQUEST FOR MEDICAL PROVIDER IDENTITY** through the Court's ECF electronic filing system, upon the following:

**GERALD I. GILLOCK, ESQ.**
Nevada Bar No. 51
**GERALD I. GILLOCK & ASSOCIATES**
428 South 4th Street
Las Vegas, Nevada 89101
702-385-1482
Facsimile – 702-385-2604
*gillock@gmk-law.com*
*mcoggeshall@gmk-law.com*

**TIMOTHY R. O'REILLY, ESQ.**
Nevada Bar No. 8866
**O'REILLY LAW GROUP, LLC**
325 S. Maryland Parkway
Las Vegas, Nevada 89101
702-382-2500
Facsimile – 702-384-6266
*efile@oreillylawgroup.com*

**SAMUEL MIREJOVSKY, ESQ.**
Nevada Bar No. 13919
**ASHLEY M. WATKINS, ESQ.**
Nevada Bar No. 13981
**SAM & ASH, LLP**
1108 S. Casino Center
Las Vegas, Nevada 89104
702-820-4000
Facsimile – 702-820-4444
*Attorneys for Plaintiff,*
*MORGAN FREEMAN*

*/s/ Bonita Alexander*
An Employee of Brandon | Smerber Law Firm

Electronically Filed
8/26/2021 9:32 AM
Steven D. Grierson
CLERK OF THE COURT

GERALD I. GILLOCK, ESQ.
Nevada Bar No. 51
**GERALD I. GILLOCK & ASSOCIATES**
428 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 386-0000
Facsimile: (702) 385-2604
gillock@gmk-law.com

TIMOTHY R. O'REILLY, ESQ.
Nevada Bar No. 8866
**O'REILLY LAW GROUP, LLC**
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-2500
Facsimile: (702) 384-6266
E-Mail: efile@oreillylawgroup.com

SAMUEL MIREJOVSKY, ESQ.
Nevada Bar No. 13919
ASHLEY M. WATKINS, ESQ.
Nevada Bar No. 13981
**SAM & ASH, LLP**
1108 S. Casino Center
Las Vegas, Nevada 89104
Telephone: (702) 820-4000
Facsimile: (702) 820-4444

*Attorneys for Plaintiff*

GERALD I. GILLOCK & ASSOCIATES
428 South 4th Street
Las Vegas, Nevada 89101

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

MORGAN FREEMAN,

Plaintiff,

v.

ALBERTSON'S, LLC, d/b/a ALBERTSON'S a Foreign Limited-Liability Company; DOE MAINTENANCE EMPLOYEES I-V; DOE EMPLOYEES I-V; DOE JANITORIAL EMPLOYEES I-V; DOE OWNERS I-V; ROE OWNERS I-V; ROE EMPLOYER; and ROE COMPANIES, I-X, inclusive,

Defendants.

CASE NO.: A-21-839051-C
DEPT. NO.: XX

**REQUEST FOR EXEMPTION FROM ARBITRATION**

Plaintiff requests this case be exempted from The Court Annexed Arbitration Program pursuant to Nevada Arbitration Rules 3 and 5 because this case:

1. ______ presents a significant issue of public policy;
2. __X__ involves an amount in excess of $50,000, exclusive of interest and costs;
3. ______ presents unusual circumstances which constitute good cause for removal from the program.

**STATEMENT OF FACTS**

Plaintiff requests this case be exempted from arbitration pursuant to Nevada Arbitration Rules 3 and 5 because Plaintiff's case has a probable jury award value in excess of $50,000, exclusive of interest and costs, and regardless of comparative liability.

This action arises out of a slip and fall at Albertson's wherein Defendant failed to maintain a safe and dry floor. While Plaintiff was shopping at Albertson's, Plaintiff was walking near a seafood freezer when, suddenly and without warning, she slipped and feel on a wet substance.

Plaintiff suffered immediate pain and as a result of the fall, suffers from frequent and painful headaches, low back pain, left knee medial meniscus tear, left ankle pain and left foot pain.

To date, Plaintiff's past medical specials are at least $90,802.90. Plaintiff had to undergo a left knee corticosteroid injection and local anesthetic under ultrasound guidance. Plaintiff's leg was then placed into a CAM boot. Due to continued pain, surgery was scheduled and on July 28, 2020, Plaintiff underwent a left knee arthroscopy and debridement of the meniscal tear as well as left hindfoot arthroscopy for the synovitis and inflammation in her subtalar joint.

Plaintiff has a probable jury award value in excess of $50,000. Accordingly, under NAR 3, this matter is appropriately exempted from the Court Annexed Arbitration Program. Copies of all of Plaintiff's medical records and bills will be provided upon request.

GERALD I. GILLOCK & ASSOCIATES
428 South 4th Street
Las Vegas, Nevada 89101

I hereby certify, pursuant to NRCP 11, this case to be within the exemption marked above and am aware of the sanctions which may be imposed against any attorney or party who attempts to remove a case from the arbitration program without good cause or justification.

**DAMAGES**

| | | |
|---|---|---|
| 1. | Desert Springs Hospital Medical Center | $3,442 |
| 2. | Hess Rehab & Chiropractic Centers | $2,202 |
| 3. | Pacific West Health Center-Los Angeles | $2,760 |
| 4. | Shin Imaging Center | $3,600 |
| 5. | James Reid, M.D. | $22,116 |
| 6. | MD Orthopedics Inc. | $8,216.35 |
| 7. | Abraham Ishaaya, M.D. | $3,870 |
| 8. | Culver City Surgical Specialists, Inc. | $40,214.30 |
| 9. | Hussam Antoin, M.D. AMC | $3,250 |
| 10. | Future Medical Specials | TBD |
| 11. | General Damages | TBD but at least $100,000 |
| | TOTAL | $189,670.65 |

///

///

///

///

///

///

GERALD I. GILLOCK & ASSOCIATES
428 South 4th Street
Las Vegas, Nevada 89101

GERALD I. GILLOCK & ASSOCIATES
428 South 4th Street
Las Vegas, Nevada 89101

## CERTIFICATION OF ATTORNEY

I hereby certify pursuant to N.R.C.P. 11 this case is included within the exemption(s) marked above and am aware of the sanctions which may be imposed against any attorney or party who without good cause or justification attempts to remove a case from the arbitration program.

I further certify pursuant to NRS Chapter 239B and NRS 603A.040 that this document and any attachments thereto do not contain personal information including, without limitation, home address/phone number, social security number, driver's license number or identification card number, account number, PIN numbers, credit card number or debit card number, in combination with any required security code, access code or password that would permit access to the person's financial account.

DATED this 26th day of August, 2021.

**GERALD I. GILLOCK & ASSOCIATES**

By: */s/ Michael H. Coggeshall*

GERALD I. GILLOCK, ESQ.
Nevada Bar No. 51
MICHAEL H. COGGESHALL, ESQ.
Nevada Bar No. 14502
428 S. Fourth Street
Las Vegas, NV 89101

TIMOTHY R. O'REILLY, ESQ.
Nevada Bar No. 8866
**O'REILLY LAW GROUP, LLC**
325 S. Maryland Parkway
Las Vegas, Nevada 89101

SAMUEL MIREJOVSKY, ESQ.
Nevada Bar No. 13919
ASHLEY M. WATKINS, ESQ.
Nevada Bar No. 13981
**SAM & ASH, LLP**
1108 S. Casino Center
Las Vegas, Nevada 89104

*Attorneys for Plaintiffs*

GERALD I. GILLOCK & ASSOCIATES
428 South 4th Street
Las Vegas, Nevada 89101

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of August, 2021, I served a true and correct copy of the above and foregoing ***REQUEST FOR EXEMPTION FROM ARBITRATION*** via the Court's electronic system upon all electronic service list recipients.

*/s/ Gaby Chavez*
An Employee of GERALD I. GILLOCK & ASSOCIATES