**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MORGAN FREEMAN,<br><br>Plaintiffs,<br><br>v.<br><br>ALBERTSON'S LLC, d/b/a ALBERTSON'S a Foreign Limited-Liability Company; DOE MAINTENANCE EMPLOYEES I-V; DOE EMPLOYEES I-V; DOE JANITORIAL EMPLOYEES I-V; DOE OWNERS I-V; ROE OWNERS I-V; ROE EMPLOYER; and ROE COMPANIES, I-X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01592-APG-BNW<br><br>**Order** |

In light of defendant Albertsons, LLC's response to the second order to show cause (ECF No. 11),

I ORDER that the second order to show cause (ECF No. 9) is satisfied, and I will not remand the case to state court for lack of subject matter jurisdiction at this time.

DATED THIS 1st day of October, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE