**SAO**
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
**JUSTIN PASQUALE, ESQ.**
Nevada Bar No. 15079
**BRANDON | SMERBER LAW FIRM**
139 Warm Springs
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*j.orr@bsnv.law*
*j.pasquale@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSON'S, LLC d/b/a ALBERTSON'S*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MORGAN FREEMAN, <br><br> Plaintiff, <br> vs. <br><br> ALBERTSON'S LLC, d/b/a ALBERTSON'S a Foreign Limited-Liability Company; DOE MAINTENANCE EMPLOYEES I-V; DOE EMPLOYEES I-V; DOE JANITORIAL EMPLOYEES I-V; DOE OWNERS I-V; ROE OWNERS I-V; ROE EMPLOYER; and ROE COMPANIES, I-X, inclusive, <br><br> Defendants. | CASE NO.: 2:21-cv-01592-APG-BNW <br><br> **STIPULATION AND ORDER TO DISMISS DEFENDANT ALBERTSON'S LLC D/B/A ALBERTSON'S, WITH PREJUDICE LEAVING NO REMAINING PARTIES** |

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., JEFFREY ORR, ESQ., and JUSTIN PASQUALE, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, ALBERTSON'S LLC, d/b/a ALBERTSON'S, and Plaintiff, MORGAN FREEMAN, by and through MICHAEL COGGESHALL, ESQ., of GERALD I. GILLOCK, ESQ. as follows:

*Morgan Freeman v. Albertson's LLC*
*Case No. 2:21-cv-01592-APG-BNW*

That Defendant, ALBERTSON'S LLC, d/b/a ALBERTSON'S, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties.  Each party to bear their own fees and costs.

DATED this 18th day of January, 2023.          DATED this 18th day of January, 2023.

**BRANDON | SMERBER LAW FIRM**          **GERALD I. GILLOCK & ASSOCIATES**

*/s/ Lew Brandon, Jr., Esq.*          */s/ Michael Coggeshall, Esq.*

**LEW BRANDON, JR., ESQ.**          **GERALD I. GILLOCK, ESQ.**
Nevada Bar No. 5880          Nevada Bar No. 51
**JEFFREY J. ORR, ESQ.**          **MICHAEL COGGESHALL, ESQ.**
Nevada Bar No. 7854          Nevada Bar No. 14502
139 East Warm Springs Road          428 South 4th Street
Las Vegas, Nevada 89119          Las Vegas, Nevada 89101
*Attorneys for Defendant*          702-385-1482
*ALBERTSON'S LLC d/b/a ALBERTSON'S*          Facsimile – 702-385-2604
          gillock@gmk-law.com
          mcoggeshall@gmk-law.com
          *Attorneys for Plaintiff*
          *MORGAN FREEMAN*

*Morgan Freeman v. Albertson's LLC*
*Case No. 2:21-cv-01592-APG-BNW*

**IT IS SO ORDERED** that Defendant, ALBERTSON'S LLC, d/b/a ALBERTSON'S, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this __19th__ day of _____January_____, 2023.

_____
**DISTRICT COURT JUDGE**

*Respectfully submitted by:*

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
_____
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No. 7854
139 East Warm Springs Road
Las Vegas, Nevada 89119
Attorneys for Defendant,
*ALBERTSON'S LLC d/b/a ALBERTSON'S*